UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DARRYL J. JONES,<br><br>        Plaintiff,<br><br>  vs.<br><br>GEIGER CORRECTIONS CENTER and LEON LONG,<br><br>        Defendants. | NO. CV-05-386-MWL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISS ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS |

    Magistrate Judge Leavitt filed a Report and Recommendation on March 3, 2006, recommending Mr. Jones's civil action be dismissed for failure to comply with the filing fee requirements of 28 U.S.C. § 1915(a). A copy of the Report and Recommendation was returned to the court as undeliverable, with the notations, "return to sender - no longer at this address." It is Plaintiff's obligation to keep the court apprised of any change of address.

    As there have been no objections, the court **ADOPTS** the Report and Recommendation. The action is **DISMISSED WITHOUT PREJUDICE.**

    **IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward a copy to Plaintiff and close the file.

    **DATED** this ____27th_____ day of March 2006.

                                   s/ Fred Van Sickle
                                  FRED VAN SICKLE
                        UNITED STATES DISTRICT JUDGE

ORDER -- 1